UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:25-cv-00027

**Brandon Irving Nichols,**
*Plaintiff,*

v.

**Brandon Body et al.,**
*Defendants.*

# ORDER

Plaintiff Brandon Irving Nichols, an inmate of the Wood County Jail proceeding pro se and in forma pauperis, filed this civil lawsuit alleging violations of his constitutional rights. The case was transferred to this court for proper venue and referred to a magistrate judge pursuant to 28 U.S.C. § 636(b). On January 28, 2025, the magistrate judge issued a report and recommendation that plaintiff's lawsuit be dismissed with prejudice as frivolous and for failure to state a claim pursuant to 28 U.S.C. §§ 1915A(b) and 1915(e). Doc. 11. A copy of the report was mailed to plaintiff, who received it on January 31, 2025. Doc. 12. Plaintiff has not filed objections, and the time for doing so has passed.

When no party objects to the magistrate judge's report and recommendation, the court reviews it only for clear error. *See Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1420 (5th Cir. 1996). Having reviewed the magistrate judge's report, and being satisfied that it contains no clear error, the court accepts its findings and recommendation. The court dismisses this case with prejudice. Any pending motions are denied as moot.

*So ordered by the court on July 28, 2025.*

J. CAMPBELL BARKER
United States District Judge

- 1 -